# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO.: 4:20-CR-00053-8** |
| ) | |
| **ALMON DREW BURCHFIELD,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## ORDER

This matter is before the Court on the Defendant's attorney's Motion for Leave of Absence. After careful consideration and for good cause shown, the court GRANTS this motion.

THEREFORE, IT IS HEREBY ORDERED that the attorney's Motion for Leave of Absence is granted for the dates of June 20, 2022 through and including July 4, 2022, and December 15, 2022 through and including December 26, 2022.

SO ORDERED, this 31st day of January, 2022.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia