IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALMON DREW BURCHFIELD,<br><br>    Defendant. | CIVIL ACTION NO.: 4:20-cr-53 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 21, 2022, Report and Recommendation, (doc. 572), to which no party has filed objections.  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 572), as the opinion of the Court.  Therefore, the Court finds that defendant is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 29th day of April, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA